# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ROBERT LANCE WALKER**                                **PLAINTIFF**

**v.**                                **NO. 3:16CV00345 JLH**

**MARTY BOYD,** *et al.*                                     **DEFENDANTS**

## ORDER

Plaintiff Robert Lance Walker is confined in the Poinsett County Detention Center. He filed a *pro se* § 1983 complaint alleging that defendants violated his constitutional rights. Document #2. On December 22, 2016, the Court ordered Walker to file an amended complaint no later than thirty days after the entry date of the order. Document #4. Walker has not filed an amended complaint. Accordingly, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 31st day of January, 2017.

                                                           */s/ J. Leon Holmes*
                                                           J. LEON HOLMES
                                                           UNITED STATES DISTRICT JUDGE