IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT LANCE WALKER**                                        **PLAINTIFF**

**v.**                      **NO. 3:16CV00345 JLH**

**MARTY BOYD,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 31st day of January, 2017.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE